## 23664.  DEAN v. THE STATE.

GUERRY, J.  The evidence of the possession of whisky was entirely circumstantial, and was not sufficient to exclude every reasonable hypothesis save that of the guilt of the accused.  The court erred in overruling the motion for new trial.

*Judgment reversed.  MacIntyre, J., concurs.  Broyles, C. J., dissents.*

DECIDED DECEMBER 22, 1933.

*Lee S. Purdom, Angus A. Acree, C. L. Tinsley, J. A. Smith,* for plaintiff in error.